Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:10-mj-00052-MJS |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS; |
| | ) | AND ORDER |
| v. | ) | THEREON |
| | ) | |
| JASON HERGET, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant having met all conditions of deferral, and by leave of the court endorsed hereon, the United States hereby moves the Court for an order of dismissal pursuant to 18 United States Code §3607 of count six, charging a violation of 36 CFR 2.35 (b)(2), Possession of a Controlled Substance.

Dated: December 29, 2011            NATIONAL PARK SERVICE

                                    /S/ Susan St. Vincent
                                    Susan St. Vincent
                                    Legal Officer

**ORDER**

IT IS SO ORDERED.

Dated:   January 3, 2012             /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

1